**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6661**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRADLEY OMAR JEFFREY-MOE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:19-cr-00165-AWA-RJK-1)

Submitted:  September 25, 2025                    Decided:  September 29, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Bradley Omar Jeffrey-Moe, Appellant Pro Se.  Anthony Comer Mozzi, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Omar Jeffrey-Moe seeks to appeal the district court's orders denying his motion in which he contested the federal government's jurisdiction over his criminal prosecution and denying his motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; *United States v. Lawrence*, 201 F.3d 536, 537 (4th Cir. 2000) ("Piecemeal or interlocutory appeals are disfavored in the federal courts, especially in criminal cases." (citation omitted)). The orders Jeffrey-Moe seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*